This is to advise that on October 20, 2009

Judge Judith M. Barzilay

Issued CONFIDENTIAL Slip Opinion 09-120

In action

Consol. Ct. No. 08-00321

PSC VSMPO - Avisma Corporation &
VSMPA - Tirus, US, Inc.,
(Plaintiffs,)

v.

United States,
(Defendant,)

and

US Magnesium LLC,
(Defendant-Intervenor.)