This is to advise that on August 17, 2010

Judge Judith M. Barzilay

Issued CONFIDENTIAL Slip Opinion 10-93

In action

Consolidated Ct. No. 08-00321

PSC VSMPO- Avisma Corporation and
VSMPA- Tirus, U.S., Inc.,
(Plaintiff,)

v.

United States,
(Defendant,)

and

US Magnesium LLC,
(Defendant-Intervenor.)